IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY TORRES MORAN,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>　　　　　*Defendant*. | CIVIL ACTION<br>No. 16-04623 |

### ORDER

**AND NOW**, this 6th day March, 2017, after consideration of Defendant's motion to dismiss, (ECF No. 7), it is hereby **ORDERED** that the motion is **GRANTED**. This case shall be **CLOSED** for statistical purposes.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.